# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>JAMES M. SWEENEY, et al.<br><br>     v.<br><br>R.M. PAVING, LTD., an Illinois corporation | Case Number:<br><br>FILED: SEPTEMBER 2, 2008<br>08CV4965<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE ASHMAN<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES M. SWEENEY, et al., Plaintiffs herein

---

| | |
|---|---|
| **NAME (Type or print)**<br>Beverly P. Alfon | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Beverly P. Alfon | |
| **FIRM**<br>Baum Sigman Auerbach & Neuman, Ltd. | |
| **STREET ADDRESS**<br>200 W. Adams Street, Suite 2200 | |
| **CITY/STATE/ZIP**<br>Chicago, IL  60606-5231 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6274459 | **TELEPHONE NUMBER**<br>(312) 236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |