# United States District Court for the Northern District of Illinois

Case Number: 08CV4965         Assigned/Issued By: DAJ

Judge Name: ZAGEL              Designated Magistrate Judge: ASHMAN

## FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other ____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00             Receipt #: 3067904

Date Payment Rec'd: 09/02/08    Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __09/02/08__ as to __DEF._____
                                     (Date)